In the Matter of the Application of CHARLES H. PROFFEN, Respondent.

GEORGE P. NICHOLSON, as Corporation Counsel of the City of New York, Appellant.

*Municipal corporations — New York city — street closing — mandamus — peremptory order of mandamus to compel institution of proceedings to determine compensation to abutting owners.*

*Matter of Proffen* v. *Nicholson,* 219 App. Div. 704, modified. (Argued June 2, 1927; decided June 21, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 14, 1927, which unanimously affirmed an order of Special Term granting a motion for a peremptory order of mandamus to compel the corporation counsel of the city of New York to institute proceedings for the appointment of commissioners to determine the compensation due the petitioner herein by reason of the closing and discontinuance of old Third avenue in the borough of The Bronx.

*George P. Nicholson, Corporation Counsel (Joel J. Squier* and *William B. R. Faber* of counsel), for appellant.

*Frederick W. Hottenroth* and *Arthur D. Lyons* for respondent.

Order of the Appellate Division and that of Special Term modified by directing the entry of an alternative order of mandamus and as modified affirmed, without costs to either party in the Appellate Division or in this court; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.